IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
INSURANCE COMPANY OF NEW YORK, a New York corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 21, 2012.**

      In the interest of justice, Plaintiffs' Unopposed Motion for Leave to Amend Complaint to Name Additional Parties [filed August 17, 2012; docket #18] is **granted**. The Clerk of the Court is directed to enter Plaintiffs' Amended Complaint for Declaratory Judgment [docket #18-1] as filed.