IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
INSURANCE COMPANY OF NEW YORK, a New York corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2012.**

      Plaintiffs' Unopposed Motion to Modify Scheduling Order to Extend Deadline for Joinder of Parties and Amendment of Pleadings [filed October 1, 2012; docket #30] is **granted** for good cause shown. The deadline for joinder of parties and amendment of pleadings is hereby extended to **December 1, 2012**. All other deadlines remain in effect.