IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
INSURANCE COMPANY OF NEW YORK, a New York corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 16, 2013.**

    Plaintiffs' Unopposed Motion to Modify Scheduling Order to Extend Deadline for Designation of Expert Witnesses Under Fed. R. Civ. P. 26(a)(2) [filed January 14, 2013; docket #39] is **granted in part** and **denied in part**.  For good cause shown, the Court will amend the Scheduling Order as follows:

    Expert designation deadline:        **February 28, 2013**
    Rebuttal expert designation deadline:    **March 28, 2013**[1]

All other deadlines remain in effect.

---

[1] The Court observes that the discovery cutoff is March 28, 2013, and that the parties have not asked to extend it.