IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
INSURANCE COMPANY OF NEW YORK, a New York corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 6, 2013.**

    Plaintiffs' Amended Motion for Leave to File Designation of Expert Witnesses Under Fed. R. Civ. P. 26(a)(2) Out of Time [filed March 4, 2013; docket #50] is **granted** for good cause shown.[1] Upon review of the Motion, the Court finds that a one-day extension of Plaintiffs' expert disclosure deadline (1) will not unreasonably prejudice Defendants; and (2) is not sought in bad faith. Therefore, pursuant to Fed. R. Civ. P. 26(a)(2)(D), the Court accepts Plaintiffs' Expert Disclosures as filed. Plaintiffs' (First) Motion for Leave to File Designation of Expert Witnesses Under Fed. R. Civ. P. 26(a)(2) Out of Time [filed March 1, 2013; docket #49] is **denied as moot**.

---

    [1]Pursuant to D.C. Colo. LCivR 7.1C and in light of the reasonable relief Plaintiffs request, the Court decides the Motion without a response from Defendants.