**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
NORTHERN INSURANCE COMPANY OF NEW YORK, a New York corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT
NORTHERN INSURANCE COMPANY OF NEW YORK, ONLY**

**Blackburn, J.**

    The matter is before me on **FED. R. CIV. P. 41(a)(1)(A)(ii) Stipulation For Dismissal of All Claims Against Defendant Northern Insurance Company of New York** [#53][1] filed March 21, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant Northern Insurance Company of New York should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **FED. R. CIV. P. 41(a)(1)(A)(ii) Stipulation For Dismissal of All Claims**

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Against Defendant Northern Insurance Company of New York** [#53] filed March 21, 2013, is **APPROVED**;

2. That plaintiffs' claims against defendant Northern Insurance Company of New York are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3. That defendant Northern Insurance Company of New York is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 21, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge