IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2013.**

      Pending before the Court are Zurich American Insurance Company's and American Zurich Insurance Company's Unopposed Motion for Extension of Discovery Cutoff [filed March 25, 2013; docket #55] ("the Zurich Defendants' Motion") and Plaintiffs' Opposed Motion to Modify Scheduling Order to Extend Deadline for Filing Dispositive Motions, Including Motions for Summary Judgment [filed March 25, 2013; docket #57] ("Plaintiffs' Motion"). For good cause shown, Plaintiffs' Motion is **granted** and the Zurich Defendants' Motion is **granted in part** and **denied in part** as follows.

      In light of the Final Pretrial/Trial Preparation Conference scheduled before Judge Blackburn on July 26, 2013, the Zurich Defendants' proposal to extend discovery through and including May 3, 2013, is unworkable. However, the Court finds good cause to extend both the discovery cut-off and the dispositive motions deadline through and including **April 15, 2013**.