IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2013.**

      Pending before the Court are Plaintiffs' Motion for Ten-Day Extension of Time to Serve Responses to Defendants' Written Discovery [filed March 27, 2013; docket #64] and a Joint Motion for Reconsideration for Extension of Discovery Cutoff [filed March 27, 2013; docket #66]. Both motions are **granted** as follows.

      For good cause shown, the Court will extend the discovery cutoff through and including **May 3, 2013**. However, in light of the Final Pretrial/Trial Preparation Conference scheduled before Judge Blackburn on July 26, 2013, the Court will not entertain any commensurate extensions of the dispositive motions deadline absent a showing of extraordinary cause.

      Given the extended discovery cutoff, the Court finds good cause to allow Plaintiffs an additional ten days within which to respond to Defendants' First Set of Written Discovery. Thus, Plaintiffs shall serve their responses to the aforementioned discovery on or before April 8, 2013.

      All other deadlines and settings remain in effect.