IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2013.**

      The Unopposed Motion for Entry of Protective Order Pursuant to Fed. R. Civ. P. 27(c) [sic] to Protect Confidentiality of Release Claim Agreements Entered in the Underlying State Court Actions [filed April 15, 2013; docket #72] is **granted** for good cause shown. Pursuant to Fed. R. Civ. P. 26(c), the proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.