IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 17, 2013.**

      Plaintiffs' Unopposed Motion for Leave to Restrict Public Access to Information Related to Two Release Claim Agreements and Pursuant to D.C. Colo. LR 7.2(B) [filed April 15, 2013; docket #75] is **denied without prejudice**, as the Court's docket does not reflect that either Exhibit 17 to Plaintiffs' Summary Judgment Motion or the two purported Release of Claim Agreements have been filed in this case. Plaintiffs may file the aforementioned documents under restriction and renew their request for continued restriction pursuant to the procedure set forth in D.C. Colo. LCivR 7.2D. However, the Court will not authorize the prolonged restriction of any document without first receiving an opportunity to view the document as filed.