IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 17, 2013.**

      This matter comes before the Court *sua sponte*. Section IV.B.2 of Judge Blackburn's Practice Standards provides that "[m]otions for summary judgment and response briefs shall not exceed **twenty (20) pages**." (emphasis in original). Plaintiffs' Motion for Summary Judgment [docket #75] is 32-pages long, not including the Certificate of Service. Therefore, pursuant to Section IV.C.1 of Judge Blackburn's Practice Standards, Plaintiffs' Motion is hereby **stricken**.

      Plaintiffs may re-file their Motion in accordance with Judge Blackburn's Practice Standards and all applicable federal and local rules no later than **April 22, 2013**.