**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court on **Zurich American Insurance Company's and American Zurich Insurance Company's Motion For Leave to Respond To Plaintiffs' Objections (Doc. 91) To Magistrate Judge Michael E. Hegarty's Recommendation (Doc. 69) To Deny Plaintiffs' Motion For Leave To File Second Amended Complaint (Doc. 60)** [#93] filed April 24, 2013.  The motion is **DENIED** as moot.  Defendant shall file respond within the time allowed by D.C.COLO.LCivR 7.1.

    Dated:  April 24, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.