IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-01223-REB-MEH | Date: April 29, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY and BISON RIDGE, LLC, | William Stanton |
| Plaintiffs, | |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN ZURICH INSURANCE COMPANY, | Todd Jaworsky |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 11:02 a.m.

Court calls case. Appearances of counsel.

The Court is advised that all issues except the issue of fees and costs in Defendants American Zurich Insurance Company's and Zurich American Insurance Company's Motion to Compel Responses to Written Discovery (Doc. 87, filed 4/19/13) have been resolved. The parties argue the issue of fees and costs to the Court.

**ORDERED:** The Court takes under advisement Defendants American Zurich Insurance Company's and Zurich American Insurance Company's Motion to Compel Responses to Written Discovery (Doc. 87, filed 4/19/13) as to fees and costs only.

Discussion held regarding depositions to be taken, the discovery deadline, and Defendants' request to extend the deadline for their response to Plaintiffs' Motion for Summary Judgment (Doc. 74, filed 4/15/13). Defendants are directed to file a written motion requesting an extension of time to respond to the Motion for Summary Judgment.

**ORDERED:** Discovery is extended to **May 31, 2013,** to allow the parties to complete depositions.

**Court in recess:** 11:21 a.m. (Hearing concluded)
**Total time in court:** 0:19

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.