IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as
Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

     Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

     Defendants.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

     Pursuant to the Court's May 3, 2013 Order on Defendants American Zurich Insurance

Company's and Zurich American Insurance Company's Motion to Compel Responses to Written

Discovery [docket #103], Defendants submitted the Affidavit of Jane E. Young in Support of Zurich

American Insurance Company's and American Zurich Insurance Company's Fees and Costs for

Motion to Compel [docket #106] on May 8, 2013.  In its May 3, 2013 Order, the Court granted

Plaintiffs an opportunity to object to the Affidavit on or before May 13, 2013.  As of this date,

Plaintiffs have filed no objection and have sought no extension of time within which to do so.

     As described in the Court's April 3, 2013 Order, Defendants are entitled to recover

reasonable attorney's fees under Fed. R. Civ. P. 37(a)(5)(A).  (*See* docket #103 at 3-4.)  The

Affidavit submitted by Defendants' counsel represents that Defendants incurred a total of $3,617.90

in attorney's fees as a result of the Motion to Compel.  (Docket #106 at 4.)  Specifically,  Attorney

Jane Young spent 1.7 hours on the matter and billed Defendants at a rate of $228  per hour.

Attorney Todd Jaworsky spent 15.7 hours on the matter and billed Defendants at a rate of $193.00 per hour.  Attorney Andrew Gustus spent a 1.10 hours on the matter and billed Defendants at a rate of $182 per hour.

Upon review of the Affidavit, the Court finds that the billing rates of Ms. Young, Mr. Jaworsky, and Mr. Gustus are reasonable and consistent with attorney practice in this community. Likewise, the Court observes no excessive, redundant or unnecessary work on the part of counsel with respect to the preparation of the Motion to Compel.  However, fees incurred after the hearing, particularly as they pertain to "other outstanding case issues," are not within the scope of the Court's May 3, 2013 Order.  Therefore, the Court declines to issue a fee award in the full amount sought. Deducting the .30 hours of work Mr. Jaworsky performed after the hearing, the Court concludes that a fee award of $3,110.00 is reasonable.  Pursuant to the Court's May 3, 2013 Order and the entire record herein, Plaintiffs are hereby ORDERED to pay Defendants $3,110.00 in attorney's fees.

Dated and entered Denver, Colorado, this 31st of May, 2013.

BY THE COURT:

Michael E. Hegarty

Michael E. Hegarty
United States Magistrate Judge