IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2013.**

      The Stipulated Motion for Entry of Protective Order [filed May 31, 2013; docket #118] is **denied without prejudice** and the proposed protective order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), including a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. In renewing their request for a protective order, the parties are directed to submit a revised proposed order in either Word or WordPerfect format.