IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2013.**

      The Joint Motion for Additional Amendment of the Scheduling Order to Complete the Depositions of Martin Ellis, Susan Amato and the Rule 30(b)(6) Deposition of American Family Mutual Insurance Company [filed May 31, 2013; docket #120] is **granted**. For good cause shown, the discovery cutoff is hereby extended through and including June 12, 2013, for the sole purpose of allowing the parties to complete the aforementioned depositions. All other deadlines and settings remain in effect.