IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2013.**

    The Stipulated Motion for Entry of Protective Order [filed June 3, 2013; docket #125] is **granted in part** and **denied in part**.[1]  The proposed Stipulated Protective Order is accepted as modified, issued and filed contemporaneously with this minute order.

---

[1] The Court has revised the proposed Stipulated Protective Order to correct redundant lettering on page 2.  (*See* docket 125-1, 2.)