**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation,
and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#69],[1] filed April 5, 2013; and (2) **Plaintiffs' Objections Pursuant to Fed. R. Civ. P 72(a)**[2] **to Doc. #69, Recommendations of United States Magistrate Judge Re: Plaintiffs' Motion for Leave To File Second Amended Complaint To Add Additional Claim for Relief (Doc. #60)** [#91], filed April 19, 2013.  I overrule the objections, adopt the recommendation, and deny the apposite motion for leave to amend the complaint.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed. I have considered carefully the recommendation, objections, and applicable caselaw.  The recommendation is detailed and

---

[1] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

[2] Although plaintiffs purport to bring this motion pursuant to Fed. R. Civ. P. 72(a), it does not pertain to a non-dispositive matter, and therefore must be resolved under Fed. R. Civ. P. 72(b).

well-reasoned. Plaintiffs suggest that they could not assert their additional claim until the resolution of the underlying state court lawsuits on which this declaratory judgment action is based. I am unpersuaded. All four of those matters were settled well in advance of the deadline to amend pleadings, and plaintiffs proffer nothing to explain – much less excuse – their subsequent delay in moving to amend. Likewise, the unsettled state of the law surrounding plaintiffs' proposed new claim does not excuse their failure to assert a colorable claim.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#69], filed April 5, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiffs' Objections Pursuant to Fed. R. Civ. P 72(a) to Doc. #69, Recommendations of United States Magistrate Judge Re: Plaintiffs' Motion for Leave To File Second Amended Complaint To Add Additional Claim for Relief (Doc. #60)** [#91], filed April 19, 2013, are **OVERRULED**; and

3. That plaintiffs' **Motion for Leave To File Second Amended Complaint To Add Additional Claim for Relief** [#60], filed March 25, 2013, is **DENIED**.

Dated June 4, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge