IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, as Subrogee of Bison Ridge, LLC, and
BISON RIDGE, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation, and
AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2013.**

      Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' Reply in Support of Motion for Summary Judgment (Doc. No. 130) [filed June 13, 2013; docket #132] is **granted in part** and **denied in part** as follows.[1] Defendants may file a sur-reply on or before **June 19, 2013**, for the sole purpose of responding to the legal authority cited in Section C of Plaintiffs' reply brief. *See* docket #130 at 8-10. Defendants' sur-reply shall not exceed five (5) pages in length.

---

[1] Pursuant to D.C. Colo. LCivR 7.1C, the Court decides the Motion without a response from Plaintiffs.