**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01223-REB-MEH

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
BISON RIDGE, LLC,

      Plaintiffs,

v.

ZURICH AMERICAN INSURANCE COMPANY,

      Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

      Dated July 26, 2013, at Denver, Colorado.

                                      **BY THE COURT:**

                                      /s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge